IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NICHOLAS DeFOSSETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE No. 5:19-cv-699-DAE |
| KIYA III, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, Nicholas DeFossett ("Plaintiff"), by and through the undersigned counsel, and hereby files this Stipulation of Dismissal of Plaintiff's Complaint Without Prejudice.

Respectfully submitted this 5th day of November, 2019.

Respectfully submitted,

**KURZ LAW GROUP, LLC**
1640 Powers Ferry Road, SE, Suite 17-200
Marietta, GA 30067
www.kurzlawgroup.com
(404) 805-2494 Telephone
(770) 428-5356 Facsimile

By:  */s/ Dennis R. Kurz*
Dennis R. Kurz
Texas State Bar No. 24068183
dennis@kurzlawgroup.com
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of November, 2019, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

Dennis J. Droulliard, Esq.
Law Office of Dennis Droulliard
Riverview Towers
111 Soledad, Suite 339
San Antonio, Texas 78205
*Attorney for Non-Party, KIYA 111, Inc.*

*/s/ Dennis R. Kurz*
Dennis R. Kurz